CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 21 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| STEVEN W. GOODMAN, | Civil Action No. 7:12cv00568 |
| Plaintiff, | |
| v. | **FINAL ORDER** |
| WILLIAM W. MUSE *et al.*, | |
| | By: Samuel G. Wilson |
| Defendants. | United States District Judge |

For the reasons stated in the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that the plaintiff's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A. The court **DENIES** the plaintiff's motions for a temporary restraining order and a preliminary injunction. This matter shall be **STRICKEN** from the court's active docket and the Clerk is **DIRECTED** to send a copy of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER:** February 21, 2013.

_____
UNITED STATES DISTRICT JUDGE